# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2007

134172

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                      SC: 134172
                                      COA: 265843
                                      Genesee CC: 05-016127-FC

ROBERT THOMAS PARKS,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 20, 2007 judgment of the Court of Appeals is considered. We DIRECT the Genesee County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2007

_____
Clerk

s1017